No. 09-287. Darrel A. Weston, Petitioner v. United States.

559 U.S. 935, 130 S. Ct. 1501, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1126.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 67 M.J. 390.

No. 09-342. Rose Acre Farms, Inc., Petitioner v. United States.

559 U.S. 935, 130 S. Ct. 1501, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1470.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 559 F.3d 1260.

No. 09-357. Brent Smith, Petitioner v. Kurt Jones, Warden.

559 U.S. 936, 130 S. Ct. 1502, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1164.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 326 Fed. Appx. 324.

No. 09-394. Saudi American Bank, Petitioner v. SWE&C Liquidating Trust, Successor in Interest to Stone & Webster Engineering Corporation.

559 U.S. 936, 130 S. Ct. 1569, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1162.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 335 Fed. Appx. 202.

No. 09-420. Linda Lewis, as Mother and Personal Representative of the Estate of Her Son, Donald George Lewis, Deceased, Petitioner v. City of West Palm Beach, Florida, et al.

559 U.S. 936, 130 S. Ct. 1503, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1113.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 561 F.3d 1288.

No. 09-426. Donald S. Eklund, Petitioner v. Wheatland County, Montana, et al.

559 U.S. 936, 130 S. Ct. 1503, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1173.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 351 Mont. 370, 212 P.3d 297.

No. 09-435. New West, L.P., et al., Petitioners v. City of Joliet, Illinois, et al.

559 U.S. 936, 130 S. Ct. 1503, 176 L. Ed. 2d 109, 2010 U.S. LEXIS 1099.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 562 F.3d 830.